QUALLS & WORKMAN, L.L.P.
Daniel H. Qualls (Bar #109036)
dan@qualls-workman.com
Robin G. Workman (Bar #145810)
robin1@qualls-workman.com
Aviva N. Roller (Bar #245415)
aviva@qualls-workman.com
177 Post Street, Suite 900
San Francisco, CA 94108
Telephone:  (415) 782-3660
Facsimile:  (415) 788-1028

Attorneys for Plaintiff Gerald Lyon,
on behalf of himself and all others similarly situated

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| GERALD LYON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>VALERO REFINING COMPANY - CALIFORNIA, A DELAWARE CORPORATION, VALERO SERVICES, INC., A DELAWARE CORPORATION, and Does 1 through 50, inclusive,<br><br>Defendants. | No.  4:12-cv-05745 SBA<br><br>[Alameda County Superior Court Case No. RG12645202]<br><br>**JOINT STIPULATION AND ORDER RE: BRIEFING DATES FOR DEFENDANT'S MOTION TO COMPEL ARBITRATION AND PLAINTIFF'S MOTION TO REMAND** |

Plaintiff Gerald Lyon ("Plaintiff") and Defendants Valero Refining Company – California and Valero Services, Inc. ("Defendants") (collectively referred to herein as "the Parties), by and through their counsel of record, hereby stipulate as follows:

WHEREAS, Defendants removed this action to this Court on November 8, 2012;

WHEREAS, Defendants filed a Motion To Stay Action To Compel Individual Arbitration Of Plaintiff's Claims on November 19, 2012;

WHEREAS, Defendants' motion is noticed for hearing before this Court on January 29, 2013;

WHEREAS, Northern District Local Rule 7-3 sets the due dates for Plaintiff's opposition to Defendants' motion as December 3, 2012, and for Defendants' reply as December 10, 2012;

WHEREAS, Plaintiff intends to file a motion to remand this action to Alameda County Superior Court on December 10, 2012, the statutory deadline to do so, and to notice the motion for hearing on January 29, 2013, the same date as Defendants' motion;

WHEREAS, Northern District Local Rule 7-3 sets the due dates for Defendants' opposition to Plaintiff's motion as December 24, 2012, and for Plaintiff's reply as December 31, 2012;

WHEREAS, due to Plaintiff's counsel's calendar congestion and previously scheduled vacations surrounding the upcoming holidays, the Parties have agreed to new briefing deadlines for their respective motions based on the prior local rule for such deadlines, i.e., 21 days prior to the noticed hearing date for oppositions, and 14 days prior to the hearing date for replies;

THEREFORE, IT IS HEREBY STIPULATED BY THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL, that the deadlines for their respective opposition briefs shall be continued to January 8, 2013, and that the deadlines for their respective reply briefs shall be continued to January 15, 2013.

IT IS SO STIPULATED.

Date:  December 7, 2012                     QUALLS & WORKMAN, L.L.P.


                                            By:     /s/ Robin G. Workman
                                                    ROBIN G. WORKMAN
                                                    Attorneys for Plaintiff Gerald Lyon,
                                                    on behalf of himself and all others similarly
                                                    situated


Date:  December 7, 2012                     SHEPPARD MULLIN RICHTER & HAMPTON, LLP


                                            By:     /s/ Thomas R. Kaufman
                                                    THOMAS R. KAUFMAN
                                                    Attorneys for Defendants

**ORDER**

Pursuant to the stipulation between the parties, the Court hereby ORDERS as follows:

1. The briefing deadlines for Defendants' Motion To Stay and Compel Individual Arbitration are continued to January 8, 2013, for Plaintiff's opposition, and to January 15, 2013, for Defendants' reply.

2. The briefing deadlines for Plaintiff's forthcoming Motion to Remand are set for January 8, 2013, for Defendants' opposition, and for January 15, 2013, for Plaintiff's reply.

3. Plaintiff's Motion to Remand shall be set for hearing on January 29, 2013, at 1:00 p.m., the same date as Defendants' motion.

SO ORDERED.

Dated: 12/6/12

_____
Hon. Saundra Brown Armstrong
United States District Court Judge